IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MGE UPS SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:04-0231 |
| ) | JUDGE HAYNES |
| TITAN SPECIALIZED SERVICES, ) | |
| INC., DAVID WHITE, ) | |
| JT PACKARD AND ASSOCIATES, ) | |
| INC., ROBERT BERGMAN ) | |
| STAY'N POWER, INC., ) | |
| RICK FREEMAN and JEFF CASON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Plaintiff's motion for contempt (Docket Entry No. 484) is **GRANTED**. Plaintiff is **AWARDED** a monetary sanction of thirty (30%) of JTP's gross revenues from July 21, 2004 to date. It is further **ORDERED** that within thirty (30) days after entry of this Order, the Defendants JT Packard and Associates and Jeff Cason shall produce all of its computers for inspection by Plaintiff's computer expert to ensure that all of Plaintiff's software, data disk and trade secrets are removed from these Defendants' computers and harddrives. It is further **ORDERED** that Defendants JT Packard and Associates and Jeff Cason shall pay the costs of MGE's expert's work under this Order. Plaintiff is awarded its attorney fees and cost associated with the pursuit of its motion in an amount to be determined under Local Rule 54.01.

It is so ORDERED this the 5th day of December, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge

29